

# NUMBER 13-19-00427-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**BURLINGTON RESOURCES OIL
& GAS COMPANY, LP,**                                    **Appellant,**

**v.**

**WARWICK-ATHENA, LLC AND
TEXAS CRUDE ENERGY, LLC,**                              **Appellees.**

---

**On appeal from the 156th District Court
of Live Oak County, Texas.**

---

## ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina
Order Per Curiam**

Appellant Burlington Resources Oil & Gas Company, LP filed an interlocutory appeal challenging the trial court's denial of its motion to dismiss pursuant to the Texas Citizens Participation Act. The trial court proceedings were automatically stayed. TEX. R. APP. P. 51.014(b).

Appellees Warwick-Athena, LLC and Texas Crude Energy, LLC and appellant filed a joint motion to lift the automatic stay of the trial court proceedings for the limited purpose of allowing the trial court to act and rule on appellant's motion to seal the confidential documents. *See id*. The parties also request that we direct the district clerk to supplement the record on appeal with the trial court's order on the motion to seal.

Having considered the documents on file and the joint motion to lift the § 51.014(b) stay for the limited purpose of allowing the trial court to act and rule on appellant's motion to seal the confidential documents, we are of the opinion that the motion should be granted. *See In re Geomet Recycling LLC*, 578 S.W.3d 82, 87 (Tex. 2019) ("Although the stay is mandatory, like most other legal rights its application may be waived by agreement of the parties.") (citing *State v. Signal Drilling, LLC*, No. 07-17-00412-CV, 2018 WL 542716, at *1 (Tex. App.—Amarillo Jan. 23, 2018, order) (mem. op., not designated for publication); *Bishop v. City of Austin*, No. 03-16-00580-CV, 2016 WL 5349384, at *1 (Tex. App.—Austin Sept. 20, 2016, order) (mem. op.) (per curiam); *Zumwalt v. City of San Antonio ex rel. San Antonio Water Sys. Bd. of Trs.*, No. 03-11-00301-CV, 2011 WL 6009357, at *1 (Tex. App.—Austin Nov. 29, 2011, order) (mem. op.)). Accordingly, the joint motion is GRANTED, and we ORDER the automatic stay lifted for the limited purpose of allowing the trial court to act and rule on appellant's motion to seal the confidential documents. *See id*. We also direct the district clerk to supplement the record on appeal with the trial court's order on the motion to seal within ten days of the trial court's order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
24th day of September, 2019.